Opinion issued November 14, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00100-CR

____________


MICHAEL VEAN, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 240th District Court

Fort Bend County, Texas

Trial Court Cause No. 28301






MEMORANDUM OPINION

 Appellant filed a motion to dismiss the appeal. The motion is in writing,
signed by appellant. We have not yet issued a decision. Accordingly, the appeal is
dismissed. Tex. R. App. P. 42.2(a).

 The clerk of this Court is directed to issue mandate immediately. Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.